## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Edward Moses, Jr.
Attorney at Law
P. O. Box 83232
Baton Rouge LA 70884

**REHEARING ACTION: May 9, 2018**

**Docket Number: 17   00916-JAC**

**IN RE: ALR AND BAR**

**Appealed from Iberia Parish Case No. 15-82**

**BEFORE JUDGES:**

**Hon. Marc T. Amy**
**Hon. Shannon J. Gremillion**
**Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **S. R.** has this day been

**DENIED.**

cc: Shane Errol Romero, Jr., Counsel for the Appellee
    David Y. Lamm, Counsel for the Appellee